IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHLEEN MCCANTS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANCISCAN ALLIANCE, INC. and ) <br> SPECIALTY PHYSICIANS OF ILLINOIS, ) <br> LLC, ) <br> ) <br> Defendants. | Case No. 19-cv-4856 <br><br> Judge Jorge L. Alonso |

**STIPULATION OF DISMISSAL WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)**

Plaintiff and Defendants, by and through their respective attorneys, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that this case be dismissed, with prejudice, and with each party to bear its own fees and costs.

*It is agreed and so stipulated:*

| s/ Julie Herrera | s/ Karla E. Sanchez |
|---|---|
| *One of Plaintiff's Attorneys* | *One of Defendant's Attorneys* |
| Law Office of Julie O. Herrera | Seyfarth Shaw LLP |
| 53 W. Jackson, Suite 1615 | 233 South Wacker Drive, Suite 8000 |
| Chicago, IL 60604 | Chicago, IL 60606 |
| Ph: 312-834-7150 | Tel: 312-460-5277 |
| jherrera@julieherreralaw.com | ksanchez@seyfarth.com |
| Dated: 3/23/20 | Dated: 3/23/20 |